IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 118-089 |
| | ) | |
| TOMARIO DESHANE THOMAS | ) | |

**O R D E R**

At arraignment, the Court granted Defendant's request for thirty days to file pretrial motions and subsequently granted a ten-day extension of the motion filing deadline based on the timing and volume of discovery in this case. Defense counsel now moves for a second ten-day extension of the motion filing deadline because he needs more time to review the large volume of discovery provided by the government and determine if additional pretrial motions are necessary. (Doc. no. 28.) However, Defendant simultaneously filed eight pretrial motions. (Doc. nos. 21-27, 29.) Nevertheless, in an abundance of caution, the Court **GRANTS** Defendant's request for an extension. (Doc. no. 28.) All pretrial motions must be filed no later than February 11, 2019. The government's joint response to all pretrial motions, as well as any government motions related to pretrial discovery, must be filed by February 25, 2019.

Defense counsel is specifically cautioned that because of this extension, "preliminary" motions to suppress, dismiss, or sever will not be looked upon favorably. All motions must comply with Local Criminal Rule 12.1 at the time of filing, including the

provisions concerning affidavits, citations to record evidence, and supporting memorandums. Any "preliminary" motions on the docket as of February 11, 2019, will be treated as nullities.

SO ORDERED this 6th day of February, 2019, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA