UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR118-089 |
| | ) | |
| TOMARIO DESHANE THOMAS | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Jeffrey E. Johnston** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jeffrey E. Johnson** be granted leave of absence for the following periods: **May 27, 2019 through May 31, 2019; July 12, 2019 through July 15, 2019; November 11, 2019 through November 22, 2019; and January 7, 2020 through January 13, 2020.**

This 15th day of May, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA