IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA      *
                              *
        v.                    *          CR 118-089
                              *
TOMARIO DESHANE THOMAS        *

_____

O R D E R

_____

Pending before the Court is the Government's Motion to Correct
Scrivener's Error. (Doc. 45.) The Government moves to correct
scrivener's errors in the Indictment and the Plea Agreement in
which the serial numbers of two firearms have been incorrectly
transposed. The Government requests that the Court make the
following amendments to the Indictment (Doc. 1) and Plea Agreement
(Doc. 44, ¶ 9(a)):

> That the reference to "a Smith and Wesson 9mm handgun,
> S/N S3975024" be amended to "a Smith and Wesson 9mm
> handgun, S/N HEK3727"; and that the reference to "a
> Springfield 9mm handgun, S/N HEK3727" be amended to "a
> Springfield 9mm handgun, S/N S3975024."

(Doc. 45, at 1.)

An indictment may be amended without resubmission to the grand
jury if the amendment is one of form. Russell v. United States,
369 U.S. 749, 770 (1962). "An amendment that is merely a matter
of form is permissible in situations where the indictment is
'sufficiently detailed that there could have been no confusion as
to what the government alleged the defendants had done.'" United

States v. Bell, 500 Fed. Appx. 133, 136 (3rd Cir. 2012) (quoting United States v. Nelson, 852 F.2d 706, 715 (3rd Cir. 1988)).

Here, the error was that the serial numbers for each firearm had been switched. The Court concludes that the requested amendment is a matter of form and neither alters the charge against Defendant Thomas nor prejudices his rights. Accordingly, the Government's motion (Doc. 45) is **GRANTED**. The Government shall file an amended indictment and plea agreement correcting the scrivener's errors within fourteen days of this Order.

**ORDER ENTERED** at Augusta, Georgia, this ___6th___ day of September, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA